IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STATE VOLUNTEER MUTUAL
INSURANCE COMPANY                                                                    PLAINTIFF

v.                                   No. 3:15-cv-201-DPM

PAUL BECTON, JR., M.D.; and PAUL
BECTON, JR., M.D., P.A., d/b/a
BECTON WOMEN'S CLINIC                                                            DEFENDANTS

and

ASHTYN CAVAZOS;
and MEGAN EDGAR                                                                    INTERVENORS

## JUDGMENT

The Court declares that State Volunteer Mutual Insurance Company has no duty to defend Paul Becton, Jr., M.D., or Paul Becton, Jr., M.D., P.A., d/b/a Becton Women's Clinic in *Ashtyn Cavazos v. Paul Becton, Jr., M.D., et al.*, No. CV-2014-66 (DL) in the Circuit Court of Greene County, Arkansas or in *Megan Edgar v. Paul Becton, Jr., M.D., et al.*, No. CV-2014-163 (VH) in the Circuit Court of Greene County, Arkansas, or to pay any judgment entered

against Dr. Becton or his clinic in either case.* State Volunteer is entitled to costs as the Court may later allow.

*signature*
D.P. Marshall Jr.
United States District Judge

29 October 2015

---

*The Court refers to the case numbers as stated in the state-court complaints, № 1, at 26, 39 & 50.